UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:14-00098
) JUDGE TRAUGER
)
AARON RAY WILDES )

## MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

COMES NOW the defendant, Aaron Ray Wildes, through counsel, and respectfully moves this Honorable Court for a continuance of this trial, which is currently scheduled for Tuesday, August 26, 2014, and extension of time in which to file pretrial motions. (D.E. 17). Counsel will show that he will be out of the district on military duty during the trial date. Additionally, counsel requires additional time to investigate Mr. Wildes's case, which includes gathering information related to his case. Undersigned counsel has met with Mr. Wildes, and it has been determined that additional documents and information must be obtained in order to adequately represent Mr. Wildes's interests in pretrial litigation as well as at trial. At this time, discovery has not yet been received from the government in this case.

Mr. Wildes has agreed that his case be continued so that additional investigation can be conducted, motions can be filed and trial preparations can continue. Accordingly, the undersigned requires additional time to prepare Mr. Wildes's case. In the interests of justice, it is respectfully requested that a continuance of the currently scheduled trial date be granted, and the motion filing deadline be extended. The requested continuance will allow the undersigned to further investigate and prepare Mr. Wildes's case. William Lee Deneke, attorney for the Government, has been contacted and has no objection to a continuance of the trial dates.

A Speedy Trial Waiver has been previously filed. For these reasons, it is respectfully requested that this motion be granted for a period of at least 90 days, to a date which is convenient to this Court.